**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stephen KOZAK, Defendant–Appellant.**

No. 12–14575
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2013.

Susan Hollis Rothstein–Youakim, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Tama Caldarone, Yolande G. Viacava, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Stephen Kozak, FCI Estill, Estill, SC, for Defendant–Appellant.

Before TJOFLAT, JORDAN and HILL, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Stephen Kozak in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Kozak's convictions and sentences are **AFFIRMED.**